1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT

9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   KENNETH W. MILLS,                         No. 2:19-cv-01831 GGH P

12                 Petitioner,

13        v.                                    ORDER

14   CA DEPT. OF CORRECTIONS &
     REHABILITATION,
15
                  Respondent.
16

17        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas

18   corpus pursuant to 28 U.S.C. § 2254.  Petitioner has not, however, filed an in forma pauperis

19   affidavit or paid the required filing fee ($5.00).  See 28 U.S.C. §§ 1914(a); 1915(a).

20        To the extent the petition can be understood, the application attacks, in part, a conviction

21   issued by the Superior Court of Los Angeles County.  See ECF No. 1 at 3 ¶6.  While both this

22   court and the United States District Court in the district where petitioner was convicted have

23   jurisdiction, see Braden v. 30th Judicial Circuit Court, 410 U.S. 484 (1973), any and all witnesses

24   and evidence necessary for the resolution of petitioner's application are more readily available in

25   Los Angeles County.  Id. at 499 n.15; 28 U.S.C. § 2241(d).

26   ////

27   ////

28   ////

1        Accordingly, in the furtherance of justice, IT IS HEREBY ORDERED that this matter is

2    transferred to the United States District Court for the Central District of California.

3    Dated: September 17, 2019

4                                    /s/ Gregory G. Hollows

                             UNITED STATES MAGISTRATE JUDGE